1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KAREN BUTLER,                               No.  2:14-cv-1022 AC P

12                    Petitioner,

13          v.                                     ORDER

14    UNKNOWN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In her

19    application, petitioner appears to intend to challenge a conviction issued by the Madera County

20    Superior Court.  Madera County is part of the Fresno Division of the United States District Court

21    for the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

25    will not rule on petitioner's request to proceed in forma pauperis.

26          Good cause appearing, IT IS HEREBY ORDERED that:

27          1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

28          2.  This action is transferred to the United States District Court for the Eastern District of

                                                    1

1 | California sitting in Fresno; and

2 |     3.  All future filings shall reference the new Fresno case number assigned and shall be

3 | filed at:

                United States District Court
                Eastern District of California
                2500 Tulare Street
                Fresno, CA 93721

6 | DATED: April 30, 2014

                                      _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2