# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BUTLER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>　　　　Respondent. | Case No. 1:14-cv-00645-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

　　　Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Derral Adams has succeeded Deborah K. Johnson as warden of the Central California Women's Facility, Chowchilla, California

　　　Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Derral Adams, Warden, Central California Women's Facility,  as Respondent.

IT IS SO ORDERED.

Dated:   **February 15, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE